**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                          CASE NO.: 12-40322-KKS
                                                CHAPTER 13
STEVEN MICHAEL SHAFFER
ROSANN BEGGS SHAFFER

_____Debtors_____/

**CHAPTER 13 TRUSTEE'S CONDITIONAL CONSENT TO**
**DEBTOR(S)' MOTION TO MODIFY PLAN**
**POST-CONFIRMATION (Docket No. 127)**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Conditional Consent to Debtor(s)' Motion to Modify Plan Post-Confirmation (Docket No. 127), and states:

1. The Trustee has reviewed the Motion to Modify Plan Post-Confirmation (Docket No. 127) and Third Amended Chapter 13 Plan (Docket No. 133).

2. The Trustee has no objection(s) to the Court entering an Order approving Debtor(s)' Motion to Modify Plan Post-Confirmation (Negative Notice) provided no response in opposition is filed to the Motion to Modify by any party in this case.

**RESPECTFULLY SUBMITTED**.

```
/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

STEVEN MICHAEL SHAFFER
ROSANN BEGGS SHAFFER
2607 BANTRY BAY DRIVE
TALLAHASSEE, FL 32309-2200

AND

ANGELA M. BALL, ESQ.
P. O. BOX 734
PERRY, FL 32348

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
                                OFFICE OF CHAPTER 13 TRUSTEE
```
July 7, 2014